UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PERFORMANCE WELDING & MACHINE, INC., a Nevada corporation, BRITZ AG FINANCE CO., INC., a California corporation; U.S. DEPARTMENT OF THE TREASURY– INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and DOES 1-20, inclusive, <br><br> Defendants. | No.  1:16-cv-01899-DAD-EPG <br><br><br> ORDER DIRECTING DISBURSEMENT OF FUNDS AND CLOSING CASE |

    This interpleader action was filed in Fresno County Superior Court in April 2016.  (Doc. No. 1-1.)  The complaint alleges plaintiff was named as trustee under a deed of trust for a property owned by defendant Performance Welding and foreclosed upon in November 2015.  (*Id.* at 6–7.)  After payment to the beneficiary and associated fees, a balance of $106,330.22 remained, in which each of the defendants may have had some interest or lien.  (*Id.*)  Plaintiff thereafter filed this action and deposited the remaining funds with the Fresno County Superior Court.  (*See* Doc. No. 1-1.)  The matter was removed to this court by defendant Department of the Treasury on December 20, 2016 pursuant to 28 U.S.C. § 1442(a)(1).  (Doc. No. 1.)  Defendant

1

Britz expressly disclaimed any interest in the funds in a filing submitted to the Fresno County Superior Court.  (*See* Doc. No. 7-1.)  Default was entered against defendants Performance Welding and California's Franchise Tax Board ("FTB") in the state court on October 11, 2016. (Doc. No. 7-2.)

On February 24, 2017, plaintiff and defendant Department of the Treasury filed a stipulation that this action be dismissed and the remaining funds be distributed to defendant Department of the Treasury.  (Doc. No. 9.)  The stipulation recounts that, on December 28, 2016, counsel for plaintiff also independently contacted the FTB to ensure the state tax board's default was not an oversight, and was informed that it was not an oversight and the FTB believes the federal tax lien has priority.  (*Id.* at ¶ 11.)

Given the foregoing:

1. The funds deposited with the Fresno County Superior Court totaling $106,330.22, plus all accrued interest, shall be disbursed to the United States, payable to "United States Department of Justice" and mailed to Paul T. Butler, Esq., U.S. Department of Justice, Tax Division, Civil Trial Section (Western), P.O. Box 683, Washington, D.C., 20044;

2. Plaintiff is discharged for any and all liability in this action with respect to the $106,330.22 interplead with the Fresno County Superior Court;

3. The court will retain jurisdiction over the action to the extent necessary to enforce the parties' stipulation;

4. This action is dismissed and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 28, 2017**

UNITED STATES DISTRICT JUDGE